1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, USVI #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
THERESA ANN CARR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-09-00170-GEB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) TO CONTINUE TRIAL AND TRIAL |
| | ) CONFIRMATION HEARING |
| ROBERT L. CARR, and THERESA ANN | ) |
| CARR, | ) |
| | ) Date: January 13, 2012 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED between the parties, Samuel Wong, Assistant United States Attorney, for plaintiff United States of America, on the one hand, and Douglas Beevers, Assistant Federal Defender, attorney for defendant Theresa Ann Carr, and Michael Long, Esq., attorney for defendant Robert Carr, on the other hand, that the trial confirmation hearing of January 13, 2012 at 9:00 a.m., be vacated, and the matter be set for status conference on January 27. 2012 at 9:00 a.m.

The reason for the continuance is defense counsel Michael Long is scheduled to be in trial in another case during the week of January 9, 2012, and is unavailable to attend a status conference on January 13, 2012. In addition, defense counsel desires additional time to consider,

research, and investigate the facts of the case. The parties stipulate and agree that the Court should find the continuance requested herein is necessary to provide the undersigned defense counsel reasonable time to prepare their respective clients' defenses, taking into account due diligence, and ensure continuity of defense counsel for Robert Carr. Further , the parties stipulate that the Court should continue to find as it has previously that this case is unusual and complex within the meaning of the Speedy Trial Act due to the large number of charged offenses (69 counts) over multiple years and over thirty boxes of documents in discovery. The parties stipulate and agree that the Court should continue to find the ends of justice in granting this reasonable request for a continuance outweigh the best interests of the public and defendants for a speedy trial in this case.

Accordingly, it is stipulated that the Court should find the period from the date of the parties' stipulation, January 11, 2012, and up to and including the March 13, 2012 trial date, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 (unusual and complex case) T4 (ongoing preparation of defense counsel and continuity of counsel).

Dated: January 11, 2012				Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Douglas Beevers
_____
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
THERESA ANN CARR

| | | |
|---|---|---|
| Dated: January 11, 2012 | | /s/ C. Michael Long |
| | By: | Michael Long<br>Attorney for defendant<br>Robert Carr |
| Dated: January 11, 2012 | | |
| | | BENJAMIN B. WAGNER<br>United States Attorney |
| | | /s/ Samuel Wong |
| | By: | SAMUEL WONG<br>Assistant U.S. Attorney |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the trial confirmation hearing presently set for January 13, 2012, be continued to January 27. 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. The Court finds the ends of justice to be served by granting such a continuance outweigh the best interests of the public and the defendants in a speedy trial. It is ordered that time from the date of the parties' stipulation, January 11, 2012, up to and including, the March 13, 2012, trial date shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A)(B)(ii) and (iv) and Local Codes T2 (unusual and complex case) and T4 (allow defense counsel reasonable time to prepare and continuity of counsel).

Dated: January 11, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order                     -3-