```
 1  BENJAMIN B. WAGNER
    Acting United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2772
 5
 6
 7
 8             IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  No. 2:09-CR-0170-GEB
                                 )
12          Plaintiff,           )  STIPULATION AND ORDER AND
                                 )  CONTINUING TRIAL
13     v.                        )  CONFIRMATION HEARING
                                 )
14  ROBERT L. CARR, and          )
    THERESA ANN CARR,            )  Court: Hon. Garland Burrell
15     aka Teresa Carr,          )
       aka Teri A. Carr,         )
16                               )
            Defendants.          )
17                               )
                                 )
18                               )
```

It is hereby stipulated and agreed by the parties, through their respective counsel, that the previously set January 27, 2012, trial confirmation hearing shall be continued to February 17, 2012, at 9:00 a.m., to allow defense counsel to review additional discovery before the trial confirmation hearing. The parties acknowledge that the Court has previously excluded time within which the trial of this case must be commenced under the Speedy Trial Act up, and including, the trial date of March 13,

///

///

1

2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 (unusual and complex case) and T4 (defense preparation).

Dated: February 1, 2012

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Douglas Beevers
_____
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
THERESA ANN CARR


/s/ Michael Long
_____
MICHAEL LONG
Attorney for defendant
Robert Carr
(per telephone authorization)


BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Samuel Wong
_____
SAMUEL WONG
Assistant U.S. Attorney

2

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The new trial confirmation hearing date shall be held on February 17, 2012, at 9:00 a.m., and the previously set March 13, 2012, at 9:00 a.m., trial date shall remain as previously set.

Dated: February 1, 2012

GARLAND E. BURRELL, JR.
United States District Judge