IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00170-GEB |
| Plaintiff, | |
| v. | <u>GUILTY PLEA TO NONEXISTENT COUNT 69</u> |
| ROBERT L. CARR, and THERESA ANN CARR, | |
| Defendants. | |

      I have just been informed that each Defendant plead guilty to nonexistent Count Sixty-Nine (69) last Friday, February 17, 2012. The parties' plea agreement included a plea of guilty to that non-existent count. Therefore, the Minutes of the proceeding correctly state that is what occurred; however, each Defendant's plea of guilty to that non-existent count was meaningless.

Dated: February 23, 2012

*[signature]*
GARLAND E. BURRELL, JR.
United States District Judge

1