IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:09-cr-00170-GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT L. CARR, THERESA ANN CARR, | ) | |
| | ) | |
| Defendants. | ) | |

Defendant Robert Carr filed a "Notice of Motion and Motion to Withdraw Guilty Plea[]" on July 24, 2012, in which he states:

> This motion will be based upon a Memorandum of Points And Authorities, to be filed if Robert Carr chooses to proceed with the instant motion to withdraw his pleas, the court records and pleadings, and on any evidence and argument that may be presented to the Court at the hearing.

(ECF No. 71.) No memorandum of points and authorities was ever filed in connection with this notice of motion, and the motion was never noticed for hearing.

Further, on February 6, 2013, Defendant Robert Carr filed a "Memorandum" in which he "ask[s] the Court to invalidate Mr. Carr's guilty plea based on constitutional invalidity." (ECF No. 78.) Mr. Carr indicates in the Memorandum: "[b]ased on the transcript of the sealed *in camera* hearing conducted on May 18, 2012, [h]e believe[s] the plea is **not** constitutionally valid." (Id.) The February 6, 2013 Memorandum was

1

not accompanied by a notice of motion, memorandum of points and authorities, or other supporting documentation.

The two referenced filings requesting to "withdraw" and "invalidate" Mr. Carr's guilty pleas do not comply with Federal Rule of Criminal Procedure 47 and Local Rule 430.1, and are therefore denied. See Fed. R. Crim. P. 47(b) ("A motion must state the grounds on which it is based and the relief or order sought."); E.D. Cal. R. 430.1(c) ("[A]ll motions shall be noticed on the motion calendar of the assigned Judge . . . . The moving party shall file a notice of motion, motion, accompanying briefs, affidavits, if appropriate, and copies of all documentary evidence that the moving party intends to submit in support of the motion.")

Sentencing for Defendants Robert Carr and Theresa Carr is scheduled to commence at 9:00 a.m. on March 15, 2013.

Dated: March 14, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge