1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2772

5

6

7

8                IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, ) | No. 2:09-CR-0170-GEB |
| ) | |
| 12         Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING HEARING DATE AND |
| 13     v. ) | EXTENDING BRIEFING SCHEDULE |
| ) | ON DEFENDANTS' RESPECTIVE |
| 14  ROBERT L. CARR, and ) | MOTIONS TO WITHDRAW THEIR |
|     THERESA ANN CARR, ) | PREVIOUSLY ENTERED GUILTY |
| 15     aka Teresa Carr, ) | PLEAS |
|        aka Teri A. Carr, ) | |
| 16  ) | Court:  Hon. Garland Burrell |
|         Defendants. ) | |
| 17  ) | |
| ) | |
| 18  ) | |

19     Whereas, both defendants Robert Carr and Theresa Carr have

20 filed separate motions to withdraw their previously entered

21 guilty pleas, which motions are presently scheduled for hearing

22 on April 26, 2013;

23     Whereas, plaintiff United States of America's motion to

24 preclude Robert Carr from renewing his motion to withdraw his

25 previously entered guilty pleas is also scheduled for hearing on

26 April 26, 2013;

27     Whereas, counsel for Theresa Carr, Assistant Federal

28 Defender ("AFD") Douglas Beevers is unavailable to attend the

                                    1

April 26, 2013, motions hearing because he has been recently scheduled for official furlough that day;

Whereas, on April 9, 2013, the Court issued an order: (1) declaring that Robert Carr has waived the attorney-client privilege with respect to all matters in which he claims that his attorney was ineffective and/or deficient; and (2) allowing the United States leave to take certain discovery from Robert Carr's former attorney, Michael Long, Esq., and present attorney, Jan Karowsky, Esq., informally or via subpoena for information and/or documents that would either support or refute Carr's claim that Mr. Long was ineffective and/or deficient as alleged in Carr's motion and/or supporting documents;

Whereas, Messrs. Long and Karowsky have advised the United States that relevant documents exist and Mr. Long has relevant information related to Robert Carr's allegations that Mr. Long was ineffective as Robert Carr's attorney; however, the United States has not received any of these documents or information despite its requests to both Messrs. Long and Karowsky for the documents and information;

Whereas, the parties desire additional time to negotiate the production of documents and information that would either support or refute Robert Carr's claim that Mr. Long was ineffective as Robert Carr's counsel; and

Whereas the United States cannot adequately respond to the respective motions filed by Robert Carr and Theresa Carr to to withdraw their guilty pleas until after the United States receives the discovery it has requested from Messrs. Long and Karowsky,

2

It is hereby stipulated by and between the parties, through their respective counsel, that:

1. The hearing date for both defendants' respective motions to withdraw guilty pleas and the United States' motion to preclude Robert Carr from renewing his motion to withdraw his previously entered guilty pleas shall be scheduled for hearing on May 17, 2013;

2. Any response to a motion shall be filed by May 3, 2013, and any reply in support of a motion shall be filed by May 10, 2013.

Dated: April 12, 2013  /s/ Jan Karowsky
 _____
 JAN KAROWSKY
 Attorney for Defendant
 Robert Carr
 (per phone authorization)

Dated: April 12, 2013  /s/ Douglas Beevers
 _____
 DOUGLAS BEEVERS
 Attorney for Defendant
 Theresa Carr
 (per phone authorization)

Dated: April 12, 2013  BENJAMIN B. WAGNER
 United States Attorney

 /s/ Samuel Wong
 By: _____
 SAMUEL WONG
 Assistant U.S. Attorney

_____

3

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated: April 15, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge