```
1  BENJAMIN B. WAGNER
   Acting United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:09-CR-0170-GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER AND ) EXTENDING MOTIONS RESPONSE |
| v. | ) DEADLINE FOR THE UNITED ) STATES |
| ROBERT L. CARR, and THERESA ANN CARR, aka Teresa Carr, aka Teri A. Carr, | ) ) ) ) Court:  Hon. Garland Burrell |
| Defendants. | ) ) ) |

   Whereas, plaintiff United States of America desires a short amount of additional time to file its responses to the motions to withdraw guilty pleas and/or objections to the Presentence Report filed by defendants Robert Carr and/or Theresa Carr, and both respective counsel for the defendants have no objection to the requested extension,

   It is hereby stipulated and agreed by the parties, through their respective counsel, that the previously set Friday, May 3, 2013, deadline for the filing of plaintiff United States of America's responses to the motions and/or objections to the

1

Presentence Report filed by defendants Robert Carr and/or Theresa Carr shall be extended to Monday, May 6, 2013. The May 10, 2013, date previously set for the filing of any reply memoranda by the parties, and the May 17, 2013, hearing date shall remain the same.

Dated: May 3, 2013                          Respectfully submitted,

                                            /s/ Douglas Beevers
                                            _____
                                            DOUGLAS BEEVERS
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            THERESA ANN CARR (per email
                                            authorization)


                                            /s/ Jan Karowsky
                                            _____
                                            JAN KAROWSKY
                                            Attorney for defendant
                                            Robert Carr
                                            (per email authorization)



                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                             /s/ Samuel Wong
                                    By:     _____
                                            SAMUEL WONG
                                            Assistant U.S. Attorney

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated: May 6, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge